UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                    Chapter 11

Loehmann's Holdings Inc., et al.,                         Case No. 13-14050 (MG)

                                 Debtors.
-----------------------------------------------------------x

## APPOINTMENT OF
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

     William K. Harrington, the United States Trustee for Region 2, hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors, pursuant to 11 U.S.C. § 1102(a) and § 1102(b):

1. C2 Imaging LLC
   423 West 55th Street
   New York, New York 10019
   Attention: Christopher Prokop, Controller
   Telephone: (646) 557-6385

2. National Retail Consolidators
   2820 16th Street
   North Bergen, New Jersey 07047
   Attention: Bennett N. Wasserman, Director of Credit & Collection
   Telephone: (201) 330-1900

3. Juicy Couture
   590 West Side Avenue
   North Bergen, New Jersey 07047
   Attention: Elaine Goodell, Vice President
   Telephone: (201) 295-6407

4. Fownes Brothers & Co.
   16 East 34th Street – 5th Floor
   New York, New York 10016
   Attention: Thomas E. Faivre, Chief Financial Officer
   Telephone: (212) 683-0150

5. Rutherford JV
   174 Millburn Avenue – 4th Floor
   Millburn, New Jersey 07041
   Attention: Michael Nachtome, Vice President & General Counsel
   Telephone: (973) 376-7650

    6.    DDR Corp.
3300 Enterprise Parkway
Beachwood, Ohio 44122
Attention:  Eric C. Cotton, Associate General Counsel
Telephone:  (216) 755-5660

    7.    Regency Centers L.P.
One Independent Drive, Suite 114
Jacksonville, Florida 32202
Attention:  Ernst A. Bell, Senior Litigation Counsel
Telephone:  (904) 598-7685

Dated: New York, New York
       December 23, 2013

          Respectfully submitted,

          WILLIAM K. HARRINGTON
          UNITED STATES TRUSTEE

          By:    /s/ Paul K. Schwartzberg
               Paul K. Schwartzberg
               Trial Attorney
               201 Varick Street – Suite 1006
               New York, New York 10014
               Telephone:  (212) 510-0500
               Fax:  (212) 668-2255